UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE JOHNSON,<br>9949 Campus Way South<br>Largo, MD 20774,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT BREDET WILLIAMS<br>4th District Police State<br>6001 Georgia Avenue, NW<br>Washington, DC 20011<br><br>and<br><br>DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>6TH Floor South<br>Washington, DC 20001<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant [1] Sergeant Bredet Williams, remove to this Honorable Court the above action from the Superior Court of the District of Columbia (C.A. No. 06-4628), filed on June 15, 2006.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). In paragraphs 19, 20, 22-24, and 27-29, the Complaint raises a federal question by asserting federal constitutional claims under 42 U.S.C. Sections 1983 and the Fourth, Fifth and Fourteenth Amendments to the United States Constitution. See attached complaint.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Holly M. Johnson /s/
        HOLLY M. JOHNSON [476331]
        Chief, General Litigation Section III

        /s/ Nicola N. Grey /s/
        NICOLA N. GREY [492150]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6626
        (202) 727-3625 (fax)
        E-mail:  nicola.grey@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of removal was mailed, postage prepaid, this   17th   day of August, 2006, to:

    Donald M. Temple, Esq.
    Dhamian Blue, Esq.
    Temple Law Offices
    1229 15th Street, NW
    Washington, DC 20005

        /s/ Nicola N. Grey /s/
        NICOLA N. GREY
        Assistant Attorney General

---

[1] Upon information and belief, the District of Columbia may not have been served.  A review of the Superior Court file indicates that no proof of service upon the Mayor or the District of Columbia has been filed.  If and when the District of Columbia is served, the District will join in this Notice.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| GEORGE JOHNSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-4628 |
| SERGEANT BREDET WILLIAMS, et al. | : |
| Defendants. | : |

NOTIFICATION OF FILING OF NOTICE OF REMOVAL

Please take notice that on August 16, 2006, Defendants District of Columbia and Sergeant Bredet Williams filed a notice of removal, pursuant to 28 U.S.C. §§1441 and 1446, in the United States District Court of the District of Columbia, at Civil Action No. 06- ( ).

Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal and this Notification effects the removal, and this Court shall proceed no further unless and until the case is remanded by the United States District Court for the District of Columbia.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Ste. 600 South
Washington, D.C. 20001
(202) 724-6626 (202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notification of filing of notice of removal was mailed, postage prepaid, this _____ day of August, 2006, to:

Donald M. Temple, Esq.
Dhamian Blue, Esq.
Temple Law Offices
1229 15th Street, NW
Washington, DC 20005

_____
NICOLA N. GREY
Assistant Attorney General