# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Civil Action No.: 06-1453 (RCL)** |
| | : |
| **SERGEANT BREDET WILLIAMS, et al.,** | : |
| | : |
| **Defendants.** | : |
| | : |

## DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendant Sergeant Bredet Williams[1], by and through undersigned counsel, hereby moves this Court to grant an extension of time to answer or otherwise respond to Plaintiff's Complaint. As reasons therefore the Defendant represents as follows:

1. Plaintiff filed suit on or about June 15, 2006, in the District of Columbia Superior Court under Civil Action No.: 06-4628. The Summons and Complaint for the Superior Court action was not served upon the District of Columbia in accordance with SCR-Civil 4(m), but was received by the Office of the Attorney General on or about August 8, 2006. Defendant Williams was served on July 21, 2006.

2. Undersigned counsel was assigned this matter on or about August 14, 2006.

3. On August 18, 2006, Defendant Williams filed a notice of removal of this case, pursuant to 28 U.S.C. §§ 1441 and 1446(d), from the D.C. Superior Court to this Honorable Court.

---

1 Upon information and belief, the District of Columbia may not have been properly served. A review of the Superior Court file indicated that no proof of service upon the Mayor or the District of Columbia has been filed. If it is later determined that the District of Columbia was properly served, the District will join in this Motion.

4.      While the District Court docketed its receipt of the notice of removal on August 25, 2006, it is unclear whether it has permitted removal.  See 28 U.S.C. §§ 1446(c)(5) which provides that "[i]f the United States district court determines that removal shall be permitted, it shall so notify the State court in which prosecution is pending, which shall proceed no further." To the extent this Court has made its determination that it will permit removal, this defendant requests that he be allowed to file an answer or responsive pleading to the Complaint on or about October 2, 2006.

5.      Undersigned counsel seeks to file a responsive pleading on or about October 2, 2006, in order to review plaintiff's factual allegations and the merits of his claims, any documents relevant to plaintiff's Complaint, and to draft the answer or responsive pleading.

6.      The Plaintiff is not prejudiced by the granting of this Motion, and plaintiff has consented to the filing of this motion and the relief requested herein.

WHEREFORE, for the reasons stated herein, Defendant requests to answer or otherwise respond to the Plaintiff's Complaint on or about October 2, 2006.

Dated: September 19, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

_____/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

## **RULE 7(m) CERTIFICATE**

On September 18, 2006, undersigned counsel contacted Plaintiff's counsel, Dhamian A.

Blue, who consented to the filing of this motion and the relief requested herein.

_____/s/_____
NICOLA N. GREY
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GEORGE JOHNSON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Civil Action No.: 06-1453 (RCL)** |
| | : |
| **SERGEANT BREDET WILLIAMS, et al.,** | : |
| | : |
| **Defendants.** | : |
| | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S**
**MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

1.    SCR-Civil 6(b).

2.    42 U.S.C. § 1446.

3.    The inherent powers of this Court.

4.    Plaintiff's consent.

5.    The reasons stated in the Defendant's Motion for an Extension of Respond to the

Plaintiff's Complaint.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General,
                                        Civil Litigation Division


                                        _____/s/_____
                                        PATRICIA A. JONES [428132]
                                        Chief, General Litigation Sec. IV

_____/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Civil Action No.: 06-1453 (RCL)** |
| | : |
| **SERGEANT BREDET WILLIAMS, et al.,** | : |
| | : |
| **Defendants.** | : |
| _____ | : |

### ORDER

Upon consideration of the Defendant's Motion to Extend Time to Respond to the

Complaint on behalf of Defendant, the Memorandum in Support thereof, and the facts and law

considered, it is hereby

**ORDERED:**  that the Motion to Extend Time to Respond to the Complaint on behalf of

Defendant is **GRANTED,** and it is,

**FURTHER ORDERED:**  that defendant's Answer or responsive pleading shall be filed

on or before October 2, 2006.

So ORDERED this _____ day of _____, 2006.

_____
The Honorable Royce C. Lamberth
United States District Court  Judge

Copies to:

Nicola N. Grey, AAG
441 4th Street, NW,
Sixth Floor South
Washington, D.C. 20001

Dhamian Blue, Esq.
Temple Law Offices
1229 15th Street, NW
Washington, DC 20005