IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-01453 (RCL) |
| ) | |
| **SERGEANT BREDET WILLIAMS,** ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendant Sergeant Williams' Motion [3] to Extend Time to Respond to the Complaint on behalf of Defendant, the Memorandum in Support thereof, and the facts and law considered, it is hereby

ORDERED: that the Motion to Extend Time to Respond to the Complaint on behalf of Defendant is GRANTED, and it is

FURTHER ORDERED: that Defendant's Answer or responsive pleading shall be filed on or before October 2, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 20, 2006.