IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GEORGE JOHNSON** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-01453 (RCL) |
| **SERGEANT BREDET WILLIAMS,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Defendants Bredet Williams and the District of Columbia have filed an Answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a Proposed Scheduling Order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted to the Court in WordPerfect (preferred) or Microsoft Word format by email to: RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 24, 2006.