IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GEORGE JOHNSON** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-01453 (RCL) |
| **SERGEANT BREDET WILLIAMS,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of the Joint Rule 16.3 Report, it is hereby

ORDERED that the following schedule for discovery, dispositive motions, pretrial conference, and trial is adopted:

| Event | Date/Deadline |
|---|---|
| Initial Disclosures | Fourteen (14) days after entry of scheduling order |
| Plaintiff's Rule 26(a)(2) Disclosures | February 14, 2007 |
| Defendants' Rule 26(a)(2) Disclosures | March 14, 2007 |
| Amended Complaint | Sixty (60) days after initial disclosures are served |
| Close of Discovery (including expert discovery) | April 30, 2007 |
| Dispositive Motions | May 14, 2007 |
| Oppositions to Dispositive Motions | June 14, 2007 |
| Reply in Support of Dispositive Motions | June 28, 2007 |

| | |
|---|---|
| Status Conference | Thirty (30) days after the Court's ruling on dispositive motions filed after the close of discovery; if no dispositive motions are filed, then May 21, 2007 |
| Jury Trial | To be set at status conference, along with date for pretrial |

This schedule may be modified at any time by the Court's own Order or upon motion of a party showing good cause.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 22, 2006.