UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-1453 (RCL) |
| : | |
| **SERGEANT BREDET WILLIAMS, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## JOINT MOTION TO ENLARGE DISCOVERY DEADLINES

Plaintiff George Johnson ("Plaintiff") and Defendants District of Columbia and Sergeant Bredet Williams ("Defendants") (collectively referred to hereinafter as the "Parties") hereby move the Court for an extension of certain discovery deadlines pursuant to Fed. R. Civ. P. 6(b)(1). The proposed deadlines below do not impact on the pretrial conference dates. This request is being made as soon as counsel learned of their need and is made before the expiration of the discovery deadline.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Dated: April 30, 2007

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General,
                                        Civil Litigation Division

                                        _____/s/_____
                                        PHILLIP A. LATTIMORE, III [422968]
                                        Chief, General Litigation Sec. III

          /s/
_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov
Attorney for Defendants

          /s/
_____
DHAMIAN A. BLUE [488664]
DONALD M. TEMPLE [408749]
TEMPLE LAW OFFICES
1229 15TH Street, N.W.
Washington, D.C. 20005
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-1453 (RCL) |
| : | |
| **SERGEANT BREDET WILLIAMS, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES'
JOINT MOTION TO ENLARGE DISCOVERY DEADLINES**

Plaintiff George Johnson ("Plaintiff") and Defendants District of Columbia and Sergeant Bredet Williams ("Defendants") (collectively referred to hereinafter as the "Parties") hereby move the Court for an extension of certain discovery deadlines pursuant to Fed. R. Civ. P. 6(b)(1). In support of this motion, the Defendant states as follows:

1. Pursuant to the Court's November 22, 2006, Scheduling Order, the discovery deadline is currently set for April 30, 2007, with the dispositive motions deadline set for May 14, 2007, and with oppositions and replies to follow on June 14, 2007, and June 28, 2007, respectively.

2. This request is being made due to the press of other matters and despite diligent efforts, the parties will not be unable to complete all discovery, including expert discovery, before April 30, 2007. The Parties have discovery to exchange, and a number of depositions to schedule. The Parties are continuing to work together to find mutually available dates.

3. The extension of time is necessary due to the fact the parties would like to conduct depositions after written discovery is served. Additionally, undersigned counsel has depositions, hearings, pre-trial conferences and meditation scheduled in, *Jones v. DC; Williams*

*v. D.C.; Farrow v. D.C.; Jenkins v. D.C.; Kamanda v. DC; Stevenson v. D.C.;* and *Graham v. Parry.* Undersigned also has two dispositive motions due on May 4, 2007 in *Owens v. DC,* and May 14, 2007, in *Kennedy v. D.C.* Undersigned is also scheduled to be on vacation from May 31, 2007, to May 14, 2007.

5.  This is the parties' first request for an extension of discovery.  Accordingly, the parties stipulate to the following proposed extension of the case schedule:

6.  **PROPOSED DISCOVERY SCHEDULE:**          **PROPOSED DATE**

- **Discovery deadline, including expert discovery:**   June  30, 2007
- **Dispositive Motions**                               July 14, 2007
- **Oppositions**                                       August 14, 2007
- **Replies**                                           August 28, 2007

WHEREFORE, for the reasons stated herein, and with the consent of the parties, the Defendant, requests that this Court a 60 day extension of certain discovery deadlines.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

\_\_\_\_\_/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

\_\_\_\_\_/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov
Attorney for Defendants

                         /s/
_____
DHAMIAN A. BLUE [488664]
DONALD M. TEMPLE [408749]
TEMPLE LAW OFFICES
1229 15TH Street, N.W.
Washington, D.C. 20005
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-1453 (RCL) |
| : | |
| **SERGEANT BREDET WILLIAMS, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Upon consideration of the parties' Joint Motion to Enlarge Discovery Deadlines, it is hereby **ORDERED**;

The Joint Motion to Enlarge Discovery Deadlines is **GRANTED**; and it is

**FURTHER ORDERED**; that discovery shall be completed according to the schedule below.

| **DISCOVERY SCHEDULE:** | **DATE** |
|---|---|
| • **Discovery deadline, including expert discovery:** | **June 30, 2007** |
| • **Dispositive Motions** | **July 14, 2007** |
| • **Oppositions** | **August 14, 2007** |
| • **Replies** | **August 28, 2007** |

**SO ORDERED** this _____ day of _____, 2007.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Judge

**cc:**

Nicola N. Grey, Esq.
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001

Dhamian A. Blue, Esq.
Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, D.C. 20005