IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERGEANT BREDET WILLIAMS, )<br>  *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:06-01453 (RCL) |

**ORDER**

Upon consideration of the parties joint motion [9] to enlarge discovery deadlines, it is hereby

ORDERED that joint motion [9] is GRANTED; and it is further

ORDERED that discovery shall be completed according to the schedule below:

| Event | Date/Deadline |
|---|---|
| Discovery deadline (including expert discovery) | June 30, 2007 |
| Dispositive Motions | July 14, 2007 |
| Oppositions to Dispositive Motions | August 14, 2007 |
| Reply in Support of Dispositive Motions | August 28, 2007 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 2, 2007.