IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE JOHNSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) Civil Action No.: 06-1453 (RCL)<br>SERGEANT BREDET WILLIAMS, et al., )<br>)<br>Defendant. )<br>)<br>) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Will the Clerk of Court please substitute Donald M. Temple, Esq. of Temple Law Offices as the attorney of record for Plaintiff. Dhamian A. Blue, Esq., who originally entered an appearance for Plaintiff on behalf of Temple Law Offices, no longer is associated with that firm.

Respectfully submitted,

this 3rd day of May, 2007

/s/
_____
Donald M. Temple [408749]
TEMPLE LAW OFFICES
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101