## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GEORGE JOHNSON,                          :
                                         :
            Plaintiff,                    :
                                         :      Civil Action No. 06-1453 (RCL)
v.                                       :
                                         :
SERGEANT BREDET WILLIAMS, *et al.,*      :
                                         :
            Defendants.                   :
_____

### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

COME NOW the Plaintiff, George Johnson ("Plaintiff") and Defendants District of

Columbia and Sergeant Bredet Williams ("Defendants") (collectively referred to as "the

Parties") and hereby move this Honorable Court to modify the scheduling order pursuant to Fed.

R. Civ. P. 60(b)(1).  This request is being made prior to the expiration of the discovery period.

The Parties' proposed schedule will not affect a pretrial conference date.

The Parties respectfully direct the Court's attention to the attached Memorandum of

Points and Authorities and Proposed Order.

Dated:  June 28, 2007

                              Respectfully submitted,

                              By:___/s/ Donald M. Temple_____
                                    Donald M. Temple, Esq. #408749
                                    1229 15th Street, N.W.
                                    Washington, D.C. 20005
                                    (202) 628-1101 (telephone)
                                    (202) 628-1149 (facsimile)
                                    dtemplelaw@aol.com
                                    *Attorney for Plaintiff*

                        /s/
_____

Nicola N. Grey, Esq. [492150]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
nicola.grey@dc.gov
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GEORGE JOHNSON,            :
                                   :
            Plaintiff,       :
                                   :     Civil Action No. 06-1453 (RCL)
v.                            :
                                   :
SERGEANT BREDET WILLIAMS, *et al.,*  :
                                   :
            Defendants.     :

_____

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION TO MODIFY THE SCHEDULING ORDER</u>**

COME NOW the Plaintiff, George Johnson ("Plaintiff") and Defendants District of Columbia and Sergeant Bredet Williams ("Defendants") (collectively referred to as "the Parties") and respectfully submit this Memorandum of Points and Authorities in support of their Joint Motion to Modify the Scheduling Order and as grounds therefor state the following:

1.      Pursuant to the Court's May 2, 2007 Scheduling Order, the current discovery deadline is set for June 30, with the dispositive motions deadline set for July 14, 2007 and with deadlines for Oppositions and Replies set for August 14, 2007 and August 28, 2007, respectively.

2.      This request is being made due to the fact that this case has been re-assigned among Plaintiff's counsel following the withdrawal of Mr. Blue, requiring time for recently-assigned counsel to become familiar with this case, together with the press of other matters.

3.      Despite diligent efforts, the Parties will not be able to complete all discovery, including expert discovery, before June 30, 2007.  The Parties are awaiting certain documents,

have discovery to exchange, and at least five (5) depositions to complete.  The Parties are cooperating and working together to find mutually available dates.

    4.     Further, the requested enlargement of time is necessary due to the litigation schedules and travel schedules of counsel.

    5.     The Parties are willing to stipulate to the following proposed extension of discovery:

| | |
|---|---|
| - Discovery deadline | August 30, 2007 |
| - Dispositive motions | September 14, 2007 |
| - Oppositions | October 15, 2007 |
| - Replies | October 29, 2007 |

    WHEREFORE, for the reasons stated herein, the Parties jointly request that this Honorable Court grant the proposed extension of discovery deadlines.

Respectfully submitted,

By:___/s/ Donald M. Temple_____
Donald M. Temple, Esq. #408749
1229 15th Street, N.W.
Washington, D.C. 20005
(202) 628-1101 (telephone)
(202) 628-1149 (facsimile)
dtemplelaw@aol.com
*Attorney for Plaintif*

_____/s/_____
Nicola N. Grey, Esq. [492150]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
nicola.grey@dc.gov
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE JOHNSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-1453 (RCL) |
| v. | : | |
| | : | |
| SERGEANT BREDET WILLIAMS, *et al.,* | : | |
| | : | |
| Defendants. | : | |

_____

## JOINT PROPOSED ORDER

Upon Consideration of the parties' Joint Motion to Modify the Scheduling Order hereby

ORDERED;

The Joint Motion to Modify Scheduling Order GRANTED; and it is FURTHER

ORDERED; that discovery shall be completed according to the schedule below.

| DISCOVERY SCHEDULE: | DATE |
|---|---|
| • **Discovery deadline, including expert discovery:** | **August 30, 2007** |
| • **Dispositive Motions** | **September 14, 2007** |
| • **Oppositions** | **October 15, 2007** |
| • **Replies** | **October 29, 2007** |

**SO ORDERED** this _____ day of _____, 2007.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Judge