IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE JOHNSON, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-01453 (RCL) |
| SERGEANT BREDET WILLIAMS, *et al.*, ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the parties joint motion [12] to modify the Scheduling Order, it is hereby

ORDERED that joint motion [12] is GRANTED; and it is further

ORDERED that discovery shall be completed according to the schedule below:

| **Event** | **Date/Deadline** |
|---|---|
| Discovery deadline (including expert discovery) | August 30, 2007 |
| Dispositive Motions | September 14, 2007 |
| Oppositions to Dispositive Motions | October 15, 2007 |
| Reply in Support of Dispositive Motions | October 29, 2007 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.