UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE JOHNSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 06-1453 (RCL) |
| | : |
| SERGEANT BREDET WILLIAMS, et al., | : |
| | : |
| Defendants. | : |
| | : |

**JOINT MOTION TO REOPEN AND ENLARGE DISCOVERY
AND EXTEND THE DISPOSITIVE MOTION DEADLINES**

COME NOW the Parties, Plaintiff George Johnson ("Plaintiff") and Defendants District of Columbia and Sergeant Bredet Williams ("Defendants") (collectively referred to hereinafter as the "Parties") and jointly move the Court to reopen and enlarge discovery and extend the dispositive motion deadlines pursuant to Fed. R. Civ. P. 6(b)(1). The proposed deadlines below do not have an impact on the pretrial conference date, as pretrial has not yet been scheduled. This request arises from the Parties' mutual need to supplement discovery and more effectively assess resolution of this matter.

The Parties submit the attached Joint Memorandum of Points and Authorities, together with a proposed stipulated scheduling Order, for the Court's consideration.

Dated: October 9, 2007

                                              Respectfully submitted,

                                              /s/
                                          Donald M. Temple, Esq.
                                          TEMPLE LAW OFFICES
                                          1229 15TH Street, N.W.
                                          Washington, D.C. 20005
                                          (202) 628-1101 (telephone)
                                          (202) 628-1149 (fax)
                                          dtemplelaw@aol.com
                                          *Attorney for Plaintiff*

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

      /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

      /s/
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GEORGE JOHNSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-1453 (RCL) |
| : | |
| **SERGEANT BREDET WILLIAMS, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO REOPEN AND ENLARGE THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

COME NOW the Parties, George Johnson ("Plaintiff") and Defendants District of Columbia and Sergeant Bredet Williams ("Defendants") (collectively referred to hereinafter as the "Parties") and jointly submit this Memorandum in support of their Motion to reopen and enlarge discovery and the dispositive motion deadline pursuant to Fed. R. Civ. P. 6(b)(1) for the following reasons:

1.  Discovery closed on August 30, 2007, with the dispositive motions deadline set for September 14, 2007 and with oppositions and replies to follow on October 15, 2007 and October 29, 2007, respectively. Due to their litigation schedules, counsel for both parties were unable to comply with the deadlines as set forth above.

2.  This request is being made due to the press of other matters and despite diligent efforts. The parties were unable to complete all discovery and only have a small amount of discovery left to complete. The Parties are continuing to work together mutually to complete and comply with discovery so that they can more effectively assess resolution of this matter, clarify and narrow the issues in contention, and file dispositive motions, if necessary.

3.      Plaintiff's Counsel has experienced an unusually heavy litigation schedule as well as significant backlog following the departure of associate counsel previously assigned to this case.

4.      Additionally, since July 2007, Counsel for Defendants has taken and defended approximately 25 depositions and has been in trial preparation for *Owens v. D.C,* which was to commence on October 4, 2007.  However, on October 3, 2007, on the eve of trial, due to a death in the Plaintiff's counsel's family in the *Owens* matter, the trial was continued.

5.      Accordingly, the Parties stipulate to the following proposed extension of the case schedule:

6.      **PROPOSED DISCOVERY SCHEDULE:**            **PROPOSED DATE**

- **Discovery Close**                **December 7, 2007**
- **Dispositive Motions**            **January 25, 2007**
- **Oppositions**                    **February 25, 2007**
- **Replies**                        **March 10, 2007**
- **ADR**                            **TBA**

WHEREFORE, for the reasons stated herein, the Parties jointly request that this Court reopen and extend the discovery and dispositive motion schedule.

Respectfully submitted,

_____/s/_____
Donald M. Temple, Esq.
TEMPLE LAW OFFICES
1229 15TH Street, N.W.
Washington, D.C. 20005
(202) 628-1101 (telephone)
(202) 628-1149 (fax)
dtemplelaw@aol.com
*Attorney for Plaintiff*

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No.: 06-1453 (RCL) |
| : | |
| **SERGEANT BREDET WILLIAMS, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Upon consideration of the Parties' Joint Motion to Reopen and Enlarge Discovery and Dispositive Motion Deadlines, it is hereby **ORDERED**;

The Joint Motion to Reopen and Enlarge Discovery and Dispositive Motion Deadlines is **GRANTED**; and it is

**FURTHER ORDERED**; that discovery and dispositive motions shall be completed according to the schedule below.

| **PROPOSED DISCOVERY SCHEDULE:** | **PROPOSED DATE** |
|---|---|
| • **Discovery Close** | December 7, 2007 |
| • **Dispositive Motions** | January 25, 2007 |
| • **Oppositions** | February 25, 2007 |
| • **Replies** | March 10, 2007 |
| • **ADR** | TBA |

**SO ORDERED** this _____ day of _____, 2007.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Judge

**cc:**

Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, D.C. 20005

Nicola N. Grey, Esq.
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001