**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GEORGE JOHNSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.: 06-1453 (RCL)** |
| | : | |
| **SERGEANT BREDET WILLIAMS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Upon consideration of the Parties' Joint Motion to Reopen and Enlarge Discovery and

Dispositive Motion Deadlines, it is hereby **ORDERED**;

The Joint Motion to Reopen and Enlarge Discovery and Dispositive Motion Deadlines is

**GRANTED**; and it is

**FURTHER ORDERED** that discovery and dispositive motions shall be completed

according to the schedule below.

|  DISCOVERY SCHEDULE: |  DATE |
|---|---|
| • **Discovery Close** | **December 7, 2007** |
| • **Dispositive Motions** | **January 25, 2007** |
| • **Oppositions** | **February 25, 2007** |
| • **Replies** | **March 10, 2007** |
| • **ADR** | **TBA** |

**SO ORDERED**.

_____

Signed by Royce C. Lamberth, United States District Judge, on October 11, 2007.