## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : Civil Action No.: 06-1453 (RCL) |
| | : |
| **SERGEANT BREDET WILLIAMS, et al.,** | : Judge Royce C. Lamberth |
| | : |
| **Defendants.** | : |
| | : |

## MOTION TO REOPEN DISPOSITIVE MOTIONS DEADLINE FOR 45 DAYS

Defendants District of Columbia and Sergeant Bredet Williams ("Defendants"), by the undersigned counsel, hereby move the Court to reopen the dispositive motions deadline for forty-five (45) days, up to an including May 19, 2008. The proposed deadlines, below, do not delay the disposition of this matter because no pretrial conference or trial dates have yet been set.

A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

### FED. R. CIV. P. 7(m) STATEMENT

On April 4, 2008, the undersigned spoke with plaintiff's counsel about the relief sought in this motion. Plaintiff's counsel did not grant consent.

Dated this 4th day of April, 2008.

Respectfully Submitted

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
General Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Sec. III

*/s/ Richard A. Latterell*
RICHARD A. LATTERELL [502127]
Assistant Attorney General
General Lit Division, Section III
Office of the Attorney General
441 4th Street NW, 6th Floor South, RM 074
Washington, DC 20001
Direct: (202) 724 6626
Fax: (202) 727 3625
Email: Richard.latterell@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE JOHNSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 06-1453 (RCL) |
| | : | |
| SERGEANT BREDET WILLIAMS, et al., | : | Judge Royce C. Lamberth |
| | : | |
| Defendants. | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REOPEN DISPOSITIVE MOTIONS DEADLINE FOR 45 DAYS

Defendants District of Columbia and Sergeant Bredet Williams ("Defendants"), by the undersigned counsel, hereby move the Court to reopen the dispositive motions deadline for forty-five (45) days, up to and including May 19, 2008.

### PROCEDURAL BACKGROUND

Pursuant to this Court's October 11, 2007 Order, dispositive motions were due by 1/25/2008, oppositions were due by 2/25/2008, and replies to dispositive motions were due by 3/10/2008.[1] The undersigned counsel, new to the D.C. Attorney General's office, was assigned this case on or about January 18, 2008, as reflected by his filing of a notice of substitution of counsel on that date. Unfortunately, due to the press of many new matters, the undersigned did

---

[1] The PACER docket report for the Court's October 11, 2007 minute entry contains the typographical error of listing year 2007, instead of 2008, for the dispositive motions deadlines:

> Set/Reset Deadlines: Discovery due by 12/7/2007. Dispositive Motions due by 1/25/2007. Oppositions to Dispositive Motions due by 2/25/2007. Replies to Dispositive Motions due by 3/10/2007.

PACER Docket Report, *Johnson v. Williams, et al.*, 1:06-cv-01453-RCL, at no. 15 (D.D.C. filed Aug. 18, 2006).

not become acquainted with this case until well after the expiration of the dispositive motions

deadline.

## DISCUSSION

Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant

parties additional time to come into compliance with any deadline imposed by other enumerated

rules.[2]  The Court has wide discretion to grant such motions. *In re Buckingham Super Markets,*

*Inc.*, 534 F.2d 976 (D.C. Cir. 1976).

If a motion is made after the expiration of the specified period, Rule 6(b)(2) authorizes a

court to grant an enlargement where the failure to act was excusable neglect. *Id.*  The Supreme

Court has designated four factors for determining when a late filing may constitute "excusable

neglect." *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).

These factors include: "(1) the danger of prejudice to the [opposing party], (2) the length of delay

and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it

was within the reasonable control of the movant, and (4) whether the movant acted in good

faith." *In re Vitamins Antitrust Class Actions*, 327 F.3d 1207, 1209 (D.C. Cir. 2003) ( citing

*Pioneer*, 507 U.S. at 395). The determination of whether a party's neglect is excusable "is at

bottom an equitable one, taking account of all relevant circumstances surrounding the party's

omission." *Pioneer*, 507 U.S. at 395.

Here, the *Pioneer* factors favor granting the Defendants' motion for a 45-day extension of

the dispositive motions filing deadline:

- o  First, except for the risk of a possibly adverse summary judgment ruling, plaintiff will

  not be prejudiced by a 45-day filing extension;

---

[2] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

o   Second, the length of the delay will not delay this judicial proceeding, especially since pretrial conference and trial dates have not yet been set. *See, e.g., Cryer v. InterSolutions, Inc.*, No. 06-cv-2032, 2007 WL 1191928, at *6 (D.D.C. April 20, 2007) (length of delay was "not great" where motion for extension of time to file for class certification was filed 22 days after deadline);

o   Third, the reason for this delay results from a typographical error in the PACER docket report for this Court's October 11, 2007 Order and accompanying Minute Entry, which state that dispositive motions were due by 1/25/2007 [sic], oppositions by 2/25/2007 [sic], and replies by 3/10/2007 [sic].  Ex. 1 [copy of PACER Docket Report, *Johnson v. Williams, et al.*, 1:06-cv-01453-RCL, at no. 15 (D.D.C. filed Aug. 18, 2006)]; Ex. 2 [copy of Oct. 11, 2007 Order].

o   Fourth, the undersigned counsel has acted in good faith and believes that several or all of plaintiff's claims are capable of disposition by motion.

WHEREFORE, for the reasons stated herein, defendant District of Columbia requests that this Court expand the time to file a dispositive motion by forty-five (45) days, up to and including May 19, 2008.

Dated this 4th day of April, 2008.

Respectfully Submitted

PETER J. NICKLES
Interim Attorney General for the District of
Columbia

GEORGE VALENTINE
Deputy Attorney General
General Litigation Division

*/s/ Toni Michelle Jackson*

TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Sec. III

*/s/ Richard A. Latterell*
RICHARD A. LATTERELL [502127]
Assistant Attorney General
General Lit Division, Section III
Office of the Attorney General
441 4th Street NW, 6th Floor South, RM 074
Washington, DC 20001
Direct: (202) 724 6626
Fax: (202) 727 3625
Email: Richard.latterell@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of April, 2008, copies of the foregoing Motion

to Reopen Dispositive Motions Filing Deadline for 45 Days, Memorandum in Support, and

Proposed Order were served electronically, via the Court's CM/ECF filing system, to the

following:

Donald M. Temple
DONALD M TEMPLE, P.C.
1229 15th Street, NW
Washington, DC 20005

*/s/ Richard A. Latterell*
Richard A. Latterell
Assistant Attorney General