JURY, TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01453-RCL

JOHNSON v. WILLIAMS et al
Assigned to: Judge Royce C. Lamberth
Demand: $500,000
Case in other court: Superior Court for the District of
                     Columbia, 06-04628
Cause: 42:1983 Civil Rights Act

Date Filed: 08/18/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**GEORGE JOHNSON**                     represented by **Dhamian A. Blue**
                                                      THIGPEN, BLUE, STEPHENS &
                                                      FELLERS
                                                      205 Fayetteville Street Mall
                                                      Suite 300
                                                      Raleigh, NC 27602
                                                      (919) 833-1931`
                                                      Fax: (919) 833-8009
                                                      Email: dhamian@tbsf-law.com
                                                      *TERMINATED: 05/15/2007*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Donald M. Temple**
                                                      DONALD M TEMPLE, P.C.
                                                      1229 15th Street, NW
                                                      Washington, DC 20005
                                                      (202) 628-1101
                                                      Fax: (202)628-1149
                                                      Email: dtemplelaw@aol.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BREDET WILLIAMS**                    represented by **Nicola N. Grey**
*Sergeant*                                            DC ATTORNEY GENERAL'S
                                                      OFFICE
                                                      441 Fourth Street, NW
                                                      Suite 6S074
                                                      Washington, DC 20001

Ex. 1



(202) 724-6626
Fax: (202) 727-3625
Email: nicola.grey@dc.gov
*TERMINATED: 01/18/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Allan Latterell**
OFFICE OF THE ATTORNEY
GENERAL
441 Fourth Street, NW
Suite 6S-074
Washington, DC 20001
(202) 724-6626
Email: richard.latterell@dc.gov
*LEAD ATTORNEY*

**Defendant**

**JOHN DOES 1-6**
*Officers, in their individual and official
capacities*

**Defendant**

**DISTRICT OF COLUMBIA**          represented by  **Richard Allan Latterell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicola N. Grey**
(See above for address)
*TERMINATED: 01/18/2008*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2006 | 1 | NOTICE OF REMOVAL by BREDET WILLIAMS from Superior court for the District of Columbia, case number 06-4628. ( Filing fee $ 0.00 ) filed by BREDET WILLIAMS. (Attachments: # 1 Complaint)(lc, ) (Entered: 08/22/2006) |
| 08/25/2006 | 2 | Receipt on 8/25/2006 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 06ca4628. (lc, ) (Entered: 08/29/2006) |
| 09/19/2006 | 3 | Consent MOTION for Extension of Time to File Answer *or Responsive Pleading* by BREDET WILLIAMS. (Grey, Nicola) (Entered: 09/19/2006) |
| 09/20/2006 | 4 | ORDER granting 3 Motion for Extension of Time to Answer, and ordering that Defendant's Answer or response to the Amended Complaint |

Case 1:06-cv-01453-RCL    Document 17-2    Filed 04/04/2008    Page 3 of 5
District of Columbia live database
Page 3 of 5

| | | |
|---|---|---|
| | | must be filed on or before October 2, 2006. Signed by Judge Royce C. Lamberth on 9/20/06. (lcrcl2, ) (Entered: 09/20/2006) |
| 09/20/2006 | | Set/Reset Deadlines: Defendant Answer or Responsive pleading due by 10/2/2006. (rje) (Entered: 09/20/2006) |
| 10/02/2006 | 5 | *Defendants* ANSWER to Complaint with Jury Demand by BREDET WILLIAMS, DISTRICT OF COLUMBIA. Related document: 1 Notice of Removal filed by BREDET WILLIAMS,.(Grey, Nicola) (Entered: 10/02/2006) |
| 10/24/2006 | 6 | ORDER that a Local Rule 16.3 Conference shall be held within fifteen (15) days of the date of this Order, and that within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. Signed by Judge Royce C. Lamberth on 10/24/06. (lcrcl2, ) (Entered: 10/24/2006) |
| 10/25/2006 | | Set/Reset Deadlines: Meet & Confer Report with Proposed scheduling order due by 11/18/2006. (rje) (Entered: 10/25/2006) |
| 11/21/2006 | 7 | MEET AND CONFER STATEMENT. (Grey, Nicola) (Entered: 11/21/2006) |
| 11/22/2006 | 8 | Upon consideration of the Joint Rule 16.3 Report, it is hereby ORDERED that the following schedule for discovery, dispositive motions, pretrial conference, and trial is adopted: Initial Disclosures: Fourteen (14) days after entry of scheduling order; Plaintiff's Rule 26(a) (2) Disclosures: February 14, 2007; Defendants' Rule 26(a)(2) Disclosures: March 14, 2007; Amended Complaint: Sixty (60) days after initial disclosures are served; Close of Discovery (including expert discovery): April 30, 2007; Dispositive Motions: May 14, 2007; Oppositions to Dispositive Motions: June 14, 2007; Reply in Support of Dispositive Motions: June 28, 2007; Status Conference: Thirty (30) days after the Court's ruling on dispositive motions filed after the close of discovery; if no dispositive motions are filed, then May 21, 2007; Jury Trial: To be set at status conference, along with date for pretrial. This schedule may be modified at any time by the Court's own Order or upon motion of a party showing good cause. Signed by Judge Royce C. Lamberth on 11/22/06. (lcrcl2, ) (Entered: 11/22/2006) |
| 11/24/2006 | | Set Deadlines/Hearings: Plaintiff's Rule 26a2 due by 2/14/2007. Defendant Rule 26a2 due by 3/14/2007. Amended Pleadings due by 5/13/2007. Discovery close by 4/30/2007. Dispositive Motions due by 5/14/2007. Oppositions to Dispositive Motions due by 6/14/2007. Reply to Dispositive Motions due by 6/28/2007. Status Conference set for 5/21/2007 before Judge Royce C. Lamberth. (rje) (Entered: 11/24/2006) |
| 04/30/2007 | 9 | Joint MOTION for Extension of Time to Complete Discovery by GEORGE JOHNSON, BREDET WILLIAMS, DISTRICT OF COLUMBIA (Grey, Nicola) (Entered: 04/30/2007) |
| 05/02/2007 | 10 | ORDER granting 9 Motion for Extension of Time to Complete Discovery, and ORDERING that ORDERED that discovery shall be |

|  |  | completed according to the schedule below:Discovery deadline (including expert discovery): June 30, 2007; Dispositive Motions: July 14, 2007; Oppositions to Dispositive Motions: August 14, 2007; Reply in Support of Dispositive Motions: August 28, 2007. Signed by Judge Royce C. Lamberth on 5/2/07. (lcrcl2, ) (Entered: 05/02/2007) |
|---|---|---|
| 05/15/2007 | 11 | NOTICE OF WITHDRAWAL OF APPEARANCE as to GEORGE JOHNSON. Attorney Dhamian A. Blue terminated. (Temple, Donald) (Entered: 05/15/2007) |
| 05/22/2007 |  | Set/Reset Deadlines: Discovery due by 6/30/2007. Dispositive Motions due by 7/14/2007. Opposition to Dispositive Motions due by 8/14/2007. Reply to Dispositive Motions due by 8/28/2007. (rje) (Entered: 05/22/2007) |
| 06/28/2007 | 12 | Joint MOTION to Amend/Correct *SCHEDULING ORDER* by GEORGE JOHNSON (Temple, Donald) (Entered: 06/28/2007) |
| 07/05/2007 | 13 | ORDER GRANTING 12 Motion to Amend/Correct Discovery Deadlines, and ORDERING that discovery shall be completed according to the following schedule: Discovery deadline (including expert discovery): August 30, 2007; Dispositive Motions: September 14, 2007; Oppositions to Dispositive Motions: October 15, 2007; Reply in Support of Dispositive Motions: October 29, 2007. Signed by Judge Royce C. Lamberth on 7/5/07. (lcrcl2, ) (Entered: 07/05/2007) |
| 07/06/2007 |  | Set/Reset Deadlines: Discovery due by 8/30/2007. Dispositive Motions due by 9/14/2007. Oppositions to Dispositive Motions due by 10/15/2007. Reply in Support of Dispositive Motions due by 10/29/2007. (rje) (Entered: 07/06/2007) |
| 10/10/2007 | 14 | Joint MOTION to Reopen and Enlarge Discovery and MOTION for Extension of Time for Dispositive Motion Deadlines by GEORGE JOHNSON (Temple, Donald). (Entered: 10/10/2007) |
| 10/11/2007 | 15 | ORDER granting 14 Motion to Reopen and Enlarge Discovery; granting 14 Motion for Extension of Time for Dispositive Motions Deadlines. Signed by Judge Royce C. Lamberth on 10/11/2007. (lcrcl2, ) (Entered: 10/11/2007) |
| 10/11/2007 |  | Set/Reset Deadlines: Discovery due by 12/7/2007. Dispositive Motions due by 1/25/2007. Oppositions to Dispositive Motions due by 2/25/2007. Replies to Dispositive Motions due by 3/10/2007. (rje) (Entered: 10/11/2007) |
| 01/18/2008 | 16 | NOTICE OF SUBSTITUTION OF COUNSEL by Richard Allan Latterell on behalf of BREDET WILLIAMS, DISTRICT OF COLUMBIA Substituting for attorney Nicola N. Grey (Latterell, Richard) (Entered: 01/18/2008) |

## PACER Service Center

| **Transaction Receipt** | | |
|---|---|---|
| 04/04/2008 10:11:21 | | |
| PACER Login: | us7107 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-01453-RCL |
| Billable Pages: | 3 | Cost: | 0.24 |