UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.: 06-1453 (RCL) |
| **SERGEANT BREDET WILLIAMS, et al.,** | : |
| **Defendants.** | : |

### ORDER

Upon consideration of the Parties' Joint Motion to Reopen and Enlarge Discovery and Dispositive Motion Deadlines, it is hereby **ORDERED**;

The Joint Motion to Reopen and Enlarge Discovery and Dispositive Motion Deadlines is **GRANTED**; and it is

**FURTHER ORDERED** that discovery and dispositive motions shall be completed according to the schedule below.

| DISCOVERY SCHEDULE: | DATE |
|---|---|
| • Discovery Close | December 7, 2007 |
| • Dispositive Motions | January 25, 2007 |
| • Oppositions | February 25, 2007 |
| • Replies | March 10, 2007 |
| • ADR | TBA |

**SO ORDERED.**

Signed by Royce C. Lamberth, United States District Judge, on October 11, 2007.

Ex. 2

