# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GEORGE JOHNSON,                :
:
        Plaintiff,            :
:
      v.                   :  Civil Action No.: 06-1453 (RCL)
:
SERGEANT BREDET WILLIAMS, et al.,  :  Judge Royce C. Lamberth
:
        Defendants.         :
_____:

## ORDER

Upon consideration of the defendants' Motion to Reopen Dispositive Motions Filing Deadline for 45 Days, it is hereby **ORDERED**;

The Motion to Reopen Dispositive Motions Filing Deadline for 45 Days is **GRANTED**; and it is

**FURTHER ORDERED**; that dispositive motions shall be filed according to the schedule below.

| PROPOSED DISCOVERY SCHEDULE: | PROPOSED DATE |
|---|---|
| • **Dispositive Motions** | May 19, 2008 |
| • **Oppositions** | June 16, 2008 |
| • **Replies** | June 30, 2008 |

**SO ORDERED** this _____ day of _____, 2008.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Judge

cc:

Donald M. Tmeple, Esq.
Temple Law Offices

*Counsel for Plaintiff*

Richard A. Latterell
Assistant Attorney General