UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE JOHNSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 06-1453 (RCL) |
| SERGEANT BREDET WILLIAMS, et al., | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR AN ORDER TO SEND THIS CASE TO MEDIATION WITH A MAGISTRATE OR SET A PRETRIAL DATE WITH INCORPORATED MEMORANDUM**

COMES NOW the Plaintiff, George Johnson ("Plaintiff") and moves this Honorable Court to send the above-captioned matter to mediation with a Magistrate or set a pretrial date. Counsel for Defendants does not consent to the relief requested in this motion.

1. The extended deadline for dispositive motions passed on January 25, 2008, after two previous extensions of the Court's scheduling order.

2. At the present time, Plaintiff is motivated to seek resolution of this case and respectfully requests an opportunity to engage in meaningful settlement discussions facilitated by an experienced Mediator. The Plaintiff maintains that Mediation with a Magistrate would provide an ideal neutral forum for settlement negotiations.

3. Plaintiff respectfully notes that Counsel for Defendants have had ample opportunity to seek disposition of this case through litigation and motions

practice since this case began in 2006.  Now, Plaintiff asks that this Honorable Court allow the Parties an opportunity to work together toward resolution without further strain on the time and resources of the Court.

Dated:  April 4, 2008

                                                Respectfully submitted,

                                                _____/s/_____  
                                                Donald M. Temple, Esq.  
                                                TEMPLE LAW OFFICES  
                                                1229 15TH Street, N.W.  
                                                Washington, D.C. 20005  
                                                (202) 628-1101 (telephone)  
                                                (202) 628-1149 (fax)  
                                                dtemplelaw@aol.com  
                                                *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **SERGEANT BREDET WILLIAMS, et al.,** : <br> : <br> **Defendants.** : <br> : | **Civil Action No.: 06-1453 (RCL)** |

## ORDER

Upon consideration of the Plaintiff's Motion for an Order to send this case to Mediation with a Magistrate or set a Pretrial date, any Opposition thereto, and the entire case file herein, it is hereby **ORDERED**;

That the Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED**; that Mediation with a Magistrate will be scheduled in this matter.

**SO ORDERED** this _____ day of _____, 2008.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Judge

**cc:**

Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, D.C. 20005

Richard Latterell, Esq.
441 4th St., N.W.
Sixth Floor South,
Washington, D.C. 20001