UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** | |
| Plaintiff, | Case No. 06-1453 (RCL) |
| v. | |
| **SERGEANT BREDET WILLIAMS, et al.** | |
| Defendant. | |

## NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General Richard A. Latterell as attorney for Sergeant Bredet Williams and District of Columbia, and enter the appearance of Assistant Attorney General Vanessa E. Atterbeary as attorney for Sergeant Bredet Williams and the District of Columbia. Pursuant to Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Ms. Atterbeary at her Washington, D.C. office address below.

Dated: July 25th, 2008.            Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

*/s/ Vanessa E. Atterbeary*
VANESSA E. ATTERBEARY [478070]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S-070

>Washington, D.C. 20001
>(202) 727-9624
>(202) 727-3625 (fax)
>Email: Vanessa.Atterbeary@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2008, I filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

>Donald E. Temple
>Temple Law Offices
>1229 15th Street, N.W.
>Washington, D.C. 20005

>*/s/ Vanessa E. Atterbeary*
>VANESSA E. ATTERBEARY
>Assistant Attorney General

2