UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE JOHNSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 06-1453 (RCL) |
| SERGEANT BREDET WILLIAMS, et al., | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please note the appearance of co-counsel for Plaintiff:

Rabiah Abdullah [459984]
Law Offices of Donald M. Temple, P.C.
1229 15th St., NW
Washington , DC 20005
telephone:  202-628-1101
fax:  202-628-1149
email:  attorneyabdullah@yahoo.com

Dated:  August 11, 2008

Respectfully submitted,

_____/s/_____
Donald M. Temple, Esq.
TEMPLE LAW OFFICES
1229 15TH Street, N.W.
Washington, D.C. 20005
(202) 628-1101 (telephone)
(202) 628-1149 (fax)
dtemplelaw@aol.com
*Attorney for Plaintiff*