IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE JOHNSON,           )<br>                          )<br>    Plaintiff,              )<br>                          )<br>v.                        )     Civil Action No. 06-01453 (RCL)<br>                          )<br>SERGEANT BREDET WILLIAMS, )<br>    *et al.*,              )<br>                          )<br>    Defendants.            )<br>_____) | |

## ORDER

Upon consideration of the hearing held in this matter on August 8, 2008, it is hereby

ORDERED that plaintiff's motion [18] for an order to send this case to mediation with a magistrate judge or to set a pretrial date is GRANTED; it is further hereby

ORDERED that defendants' motion [17] to reopen dispositive motions deadline for 45 days is DENIED as moot; it is further hereby

ORDERED that this case shall be referred to a magistrate judge for settlement discussions; it is further hereby

ORDERED that trial in this matter is set for September 17, 2008, at 10:00 a.m. The Court will hold a pretrial conference on September 4, 2008, at 9:30 a.m. In accordance with Local Civil Rule 16.5(d)(5), the parties shall prepare a Joint Pretrial Statement rather than separate pretrial statements for each party. The Joint Pretrial Statement shall be prepared as follows:

(a) Counsel for plaintiff shall arrange by advance notice a conference of counsel. The objective of the conference shall be the preparation of the Joint Pretrial Statement. In addition, counsel shall discuss prospects for settlement.

(b) Counsel for plaintiff shall file and serve the Joint Pretrial Statement by September 2, 2008. Submissions of all counsel shall be included in the statement.

(c) The Joint Pretrial Statement shall include:

1. All the information required by Local Civil Rule 16.5(b);

2. Stipulated facts (both already agreed and proposed);

3. Stipulations concerning authenticity of documents and admissibility of exhibits;

4. A list of motions to be decided before or at the commencement of trial;

5. Proposed amendments to the pleadings;

6. An estimate of trial time;

7. Any waiver of jury trial;

8. Proposed, and agreed upon, voir dire questions;

9. Proposed, and agreed upon, jury instructions, together with objections thereto, and supporting memoranda of law if appropriate; and

10. Proposed, and agreed upon, verdict forms, together with objections thereto, and supporting memoranda of law if appropriate.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on August 12, 2008.