REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-L

| CAUSE OF ACTION: | 42:1983; Civil Rights Act | | | |
|---|---|---|---|---|
| CASE NO:<br>06-cv-01453 | DATE REFERRED:<br>8/12/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>Chief Judge Royce C. Lamberth | MAG. JUDGE |

| PLAINTIFF(S):<br>GEORGE JOHNSON | DEFENDANT(S):<br>BREDET WILLIAMS, DISTRICT OF COLUMBIA JOHN DOES 1-6<br>(Officers, in their individual and official capacities ) |
|---|---|

ENTRIES: