UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GEORGE JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-1453 (RCL) |
| SERGEANT BREDET WILLIAMS, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the Defendants' Motion In Limine, and any opposition thereto, and the record herein, it is by the Court this _____ day of _____, 2008,

**ORDERED**: that the Motion is **GRANTED**; and it is,

**FURTHER ORDERED**: that Plaintiff is precluded from presenting his claim of a Fourth Amendment violation of constitutional rights by Defendant District of Columbia; and it is,

**FURTHER ORDERED**: that Plaintiff is precluded from presenting his claim of a Fourth Amendment violation of constitutional rights by Defendant Sergeant Williams as she is entitled to qualified immunity; and it is,

**FURTHER ORDERED**: that Plaintiff is precluded from presenting his claim of false arrest; and it is,

**FURTHER ORDERED**: that Plaintiff is precluded from presenting his claim of assault as the officers' actions were privileged; and it is,

**FURTHER ORDERED**: that Plaintiff is precluded from presenting his claim of negligent training and supervision; and it is,

**FURTHER ORDERED**: that Plaintiff is precluded from presenting any evidence related to his subsequent hospitalization.

**IT IS SO ORDERED.**

_____
Chief Judge Royce C. Lamberth

Copies to:

Vanessa E. Atterbeary
Assistant Attorney General

Shana L. Frost
Assistant Attorney General

Donald M. Temple
Attorney for Plaintiff

Rabiah Abdullah
Attorney for Plaintiff