UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE JOHNSON,** | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 06-1453 (RCL) |
| **SERGEANT BREDET WILLIAMS, et al.,** | : |
| Defendants. | : |

## PLAINTIFF'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW Plaintiff George Johnson ("Plaintiff") and submits the following Answers to Defendants' Interrogatories.

### I. GENERAL OBJECTIONS

A.  Plaintiff objects to each discovery request to the extent that it seeks information protected from disclosure by the attorney-client, work product or other privileges; such information will not be produced. The inadvertent revelation of any such privileged and protected information shall not be deemed a waiver of any applicable privilege or doctrine with respect to that information or the subject matter thereof.

B.  Plaintiff objects to any discovery requests that seek information not in the possession, custody, or control of Plaintiff, his agents, or his representatives.

C.  Plaintiff objects to any of Plaintiff's instructions, requests and definitions exceeding the requirements provided by the applicable Rules.

D.  Plaintiff objects to all interrogatories, including parts and subparts, exceeding the limitation on number provided by the applicable Rules.

Exhibit I

E.   Plaintiff objects to each discovery request to the extent that it is unreasonably vague, broad, repetitious, duplicative or unduly burdensome.

F.   Plaintiff objects to any discovery requests that seek information that is, or should be, readily available to Defendants from their own records and/or documents already provided to Defendants. Duplication and/or recitation of such information would, therefore, be unduly burdensome.

G.   Plaintiff objects to all discovery requests that are not relevant to the claims or defenses involved in the pending action.

H.   Plaintiff objects to any discovery requests that ask him to ratify or recite statutory points and authorities that are entirely matters of law. No response is required to such inquiries, as they are outside the scope of factual discovery.

I.   Plaintiff reserves the right to object to the relevancy, materiality, or admissibility of any information provided in his responses to discovery, either at trial or at any other evidentiary proceeding.

Plaintiff reserves the right to supplement his responses upon discovery of additional responsive information.

## II. SPECIFIC RESPONSES TO INTERROGATORIES

**Interrogatory No. 1.** State your full name, residence addresses since age eighteen (18), date and place of birth, social security number, driver's license number, all names by which you have been known, and the reasons for any name changes.

**Answer No. 1.** George V Johnson Jr.; DOB – 1950, Washington DC; SSN ███; Lic ███; Nick name "Butch" since birth. Addresses:

- 6/2005 – 09/2006 – ███

2



**Interrogatory No. 14.** Describe in detail the basis of your claim of unlawful seizure and how the Defendants violated your civil rights under 42 U.S.C. § 1983, including but limited to the factual support you intend to introduce to prove this claim; including any acts or omission; the evidence to support your claim that the Defendants violated your civil rights; the witnesses you intend to call to support this claim and the substance of their likely testimony; and the exhibits that you intend to introduce to support Count I of the Complaint that the Defendants violated your civil rights under § 1983. Attach all documents related to this interrogatory.

**Answer No. 14.** Objection to the extent that this Interrogatory seeks a legal conclusion. Without waiving objection, see Answers No. 9 and 12 as well as the allegations in the Complaint. This answer will be supplemented, if appropriate.

**Interrogatory No. 15.** Describe in detail the basis of your claim of excessive force and how the Defendants violated your civil rights under 42 U.S.C. § 1983, including but not limited to, the factual support you intend to introduce to prove this claim; the evidence to support your claim; the witnesses you intend to call to support your claim and the substance of their likely testimony; and the exhibits that you intend to introduce to support Count II of the Complaint alleging excessive force by the Defendants. Attach all documents related to this interrogatory.

**Answer No. 15.** Objection to the extent that this Interrogatory seeks a legal conclusion. Without waiving objection, see Answers No. 9 and 12 as well as the allegations in the Complaint. This answer will be supplemented, if appropriate.

11

Interrogatory No. 24.

Answer No. 24.

Interrogatory No. 25.

Answer No. 24.

DATED: November 20, 2007

                        Respectfully submitted,
                        _____/s/_____
                        Donald M. Temple, Esq. [408749]
                        1229 15th Street, N.W.
                        Washington, D.C. 20005
                        Tel.: (202) 628-1101
                        Fax.: (202) 628-1149
                        dtemplelaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th November, 2007, I served the foregoing Answers to Interrogatories to:

NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov