UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT BREDET WILLIAMS, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-1453 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

TRANSCRIPTION OF 911 CALL

**Dispatcher:** D.C. Emergency 911 Operator 6813. Do you need police, fire or an ambulance?

**Caller:** **Ah- actually, I'm calling to report a, a car going northbound on 13th street.**
***(Pause)***
**Hello?**

**Dispatcher:** Yes I'm here, what's going on with the car

**Caller:** **Well it's a green –a– Ford Explorer and a– his like, his waving a pistol**

**Dispatcher:** And this is on 13th and what?

**Caller:** **Ah- 13th Decatur**

**Dispatcher:** Decatur?

**Caller:** **Yup**

**Dispatcher:** Which way traveling north, which street is he on now?

**Caller:** **On 13th street…**
***(Pause, static)***
**[Agna] [Mher]**
**Hello**

**Dispatcher:** Yes sir I'm here, I hear you

Exhibit II

| | |
|---|---|
| **Caller:** | **(static) 5 8 M as in Mary** |
| | **3 6 beating up 13th street in green Ford Explorer** |
| Dispatcher: | You said his tag number 658 M as in Mary, what's the last 3? |
| **Caller:** | **037** |
| | *(Pause)* |
| Dispatcher: | You still see him sir? |
| **Caller:** | **No, I [cut] of** |
| Dispatcher: | Ok, alright we'll send the next available unit |
| **Caller:** | **Thank you** |
| Dispatcher: | You're welcome |
| | *(Engaged)* |

I, Treashal Kapadia, Legal Intern for the Office of the Attorney General for the District of Columbia, do hereby certify that the foregoing transcript is a true and correct transcription of the Metropolitan Police Department's recording of the December 21, 2005 911 call at issue in the above-captioned litigation.

_____
Treashal Kapadia

2