UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-1453 (RCL) |
| SERGEANT BREDET WILLIAMS, *et al.* | ) |
| Defendants. | ) |

**NOTICE OF FILING**

The Clerk of the Court will please note that counsel for Defendants filed in open Court at the request of the Court Exhibit 3 to Defendants' Motion in Limine (Tape of 911 Call and Dispatch (Defendants' Trial Exhibit No. 6)) and Exhibit 4 to Defendants' Motion in Limine (MPD Event Chronology (Defendants' Trial Exhibit No. 4)).

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Toni Michelle Jackson*
        TONI MICHELLE JACKSON [453765]
        Chief, General Litigation Section III

        */s/ Vanessa E. Atterbeary*
        VANESSA E. ATTERBEARY [478070]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S-070
        Washington, D.C. 20001
        (202) 727-9624
        (202) 727-3625 (fax)
        Email: Vanessa.Atterbeary@dc.gov

*/s/ Shana L. Frost*
SHANA L. FROST [458021]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 727-9624
(202) 727-3625 (fax)
Email: Shana.Frost@dc.gov